**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| YAZZAN QAWASMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC., ROBERT D. ISOM, DEVON E. MAY, and VASU S. RAJA,<br><br>Defendants. | Case No.: 4:24-cv-00673-TRM |
| JOHN A. THORNBURG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC., ROBERT D. ISOM JR., DEVON E. MAY, DAVID G. SEYMOUR, GANESH JAYARAM, COLE BROWN and VASU S. RAJA,<br><br>Defendants. | Case No.: 4:24-cv-00823-RCO |

**DECLARATION OF STUART L. COCHRAN IN SUPPORT OF DOMINIK DUMANCIC'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Stuart L. Cochran, hereby declare as follows:

1.      I am a member at Condon Tobin Sladek Thornton Nerenberg PLLC ("CTSTN"), liaison counsel for lead plaintiff movant Dominik Dumancic ("Movant") and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of

Movant's motion to consolidate the above-captioned actions (the "Actions"), appoint him to serve as Lead Plaintiff on behalf of the putative Class, and to approve Movant's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and CTSTN as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**: Certification of Movant attaching transactions made in American Airlines Group Inc. ("American" or the "Company") during the Class Period.

**Exhibit B**: Table of the calculated losses incurred by Movant as a result of transactions in American securities.

**Exhibit C**: Press release published July 18, 2024 on *Globe Newswire*, announcing the pendency of the first-filed Action.

**Exhibit D**: Firm résumés of Levi & Korsinsky and CTSTN.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 16, 2024          By: */s/ Stuart L. Cochran*
                                         Stuart L. Cochran

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 16, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran