# EXHIBIT B

| Client Name | Dominik Dumancic |
|---|---|
| Company Name | American Airlines Group Inc. |
| Ticker Symbol | AAL |
| Security Type | |
| Class Period Start | 07-20-2023 |
| Class Period End | 05-28-2024 |
| 90-DAY Lookback Period Start | 05-29-2024 |
| 90-DAY Lookback Period End | 08-26-2024 |
| 90-DAY Lookback Average | $ 10.74 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $819,669.04 |
| DURA LIFO* Total | $819,669.04 |
| Gross Shares Purchased | 218,589 |
| Net Shares Retained | 218,589 |
| Net Funds Expended | $3,167,244.39 |

### Dominik Dumancic

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-05-2024 | 135000 | 14.46 | $ 1,952,100.00 | | | | | | - | 135000 | 135000 | $ 10.74 | $ 1,449,856.45 | $ 502,243.55 | $ 502,243.55 |
| 03-05-2024 | 37000 | 14.45 | $ 534,650.00 | | | | | | - | 37000 | 37000 | $ 10.74 | $ 397,368.06 | $ 137,281.94 | $ 137,281.94 |
| 03-05-2024 | 5789 | 14.51 | $ 83,998.39 | | | | | | - | 5789 | 5789 | $ 10.74 | $ 62,171.99 | $ 21,826.40 | $ 21,826.40 |
| 04-02-2024 | 40800 | 14.62 | $ 596,496.00 | | | | | | - | 40800 | 40800 | $ 10.74 | $ 438,178.84 | $ 158,317.16 | $ 158,317.16 |
| Total: | 218,589 | | $3,167,244.39 | | | | | | | 218,589 | 218,589 | | $2,347,575.35 | $819,669.04 | $819,669.04 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.