# EXHIBIT C



*Source:* Levi & Korsinsky, LLP

*July 18, 2024 17:50 ET*

## SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of American Airlines Group Inc. Securities and Sets a Lead Plaintiff Deadline of September 16, 2024

NEW YORK, July 18, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of American Airlines Group Inc. ("American" or the "Company") (NASDAQ: AAL) between January 25, 2024 to May 28, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Yazzan Qawasmi v. American Airlines Group Inc., et al.* (Case No. 4:24-cv-00673-Y) has been commenced in the United States District Court for the Northern District of Texas. To get more information **go to:**

[https://zlk.com/pslra-1/american-airlines-lawsuit-submission-form](https://zlk.com/pslra-1/american-airlines-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

During the class period, defendants made overwhelmingly positive statements to investors regarding American's new sales and distribution strategy to reduce internal expenses while simultaneously driving a significant demand increase for the Company's airline services. The complaint alleges that these statements misrepresented the true state of American, and that the Company was simultaneously concealing material adverse facts including, notably, that the Company's sales and distribution strategy was not driving the revenue projected.

Following the May 28, 2024 announcement of an abrupt reduction in the Company's short-term guidance and the termination of its Executive Vice President and Chief Commercial Officer, Vasu S. Raja, the price of American's common stock declined dramatically. From a closing market price of $13.44 per share on May 28, 2024, American's stock price fell to $11.62 per share on May 29, 2024, a decline of more than 13.5% in the span of a single day.

**If you suffered a loss in AAL securities, you have until September 16, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP

Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com