**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| YAZZAN QAWASMI, Individually and on Behalf of All Others Similarly Situated, <br><br>         Plaintiff, <br><br>     vs. <br><br> AMERICAN AIRLINES GROUP INC., ROBERT D. ISOM, DEVON E. MAY, and VASU S. RAJA, <br><br>         Defendants. | Case No. 4:24-cv-00673-Y <br><br> <u>CLASS ACTION</u> <br><br> **ROBERT FERRINO'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL** <br><br> <u>JURY TRIAL DEMANDED</u> |
| JOHN A. THORNBURG, Individually and on Behalf of All Others Similarly Situated, <br><br>         Plaintiff, <br><br>     vs. <br><br> AMERICAN AIRLINES GROUP INC., ROBERT D. ISOM JR., DEVON E. MAY, DAVID G. SEYMOUR, GANESH JAYARAM, COLE BROWN and VASU S. RAJA, <br><br>         Defendants. | Case No. 4:24-cv-00823-O |

Robert Ferrino, through counsel, hereby moves the Court pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order:

(i)      consolidating the above-captioned actions pursuant to FED. R. CIV. P. 42(a);

(ii)      appointing Mr. Ferrino as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

(iii)      approving Mr. Ferrino's selection of Kahn Swick & Foti, LLC as Lead Counsel and Holmes Firm PC as Liaison Counsel for the litigation and all subsequently filed related litigation.

In support of this Motion, Mr. Ferrino submits: (1) a Memorandum of Law dated September 16, 2024; (2) an Appendix accompanying Mr. Ferrino's Motion, dated September 16, 2024; and (3) a [Proposed] Order Appointing Mr. Ferrino as Lead Plaintiff and Approving his Selection of Counsel.

## CERTIFICATE OF COUNSEL

Local Rule 7.1(a) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of LR 7.1(a) be waived.

Dated: September 16, 2024

Respectfully submitted,

**HOLMES FIRM PC**

By:      */s/ J.D. Reed*
John David "JD" Reed
Texas Bar No. 24075423
Holmes Firm PC
International Plaza III

1

14241 Dallas Parkway, Suite 800
Dallas, Texas 75254
Telephone: (469) 317-3424
Fax: (469) 916-7705
Jd@theholmesfirm.com

**KAHN SWICK & FOTI, LLP**
Ramzi Abadou
(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
(to be admitted *pro hac vice*)
James T. Fetter
(to be admitted *pro hac vice*)
Alexandra Pratt
(to be admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
james.fetter@ksfcounsel.com
alexandra.pratt@ksfcounsel.com

*Counsel for Movant, Robert Ferrino*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ J.D. Reed*

John David "JD" Reed
