UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| YAZZAN QAWASMI, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 4:24-cv-00673-Y |
| | § | CLASS ACTION |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN AIRLINES GROUP INC., et al., | § § | |
| | § | |
| Defendants. | § § | |
| | § | |
| JOHN A. THORNBURG, Individually and on Behalf of All Others Similarly Situated, | § § | Civil Action No. 4:24-cv-00823-O |
| | § | CLASS ACTION |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN AIRLINES GROUP INC., et al., | § § | |
| | § | |
| Defendants. | § § | |
| | § | |

**MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

4857-1378-9668.v1

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that John A. Thornburg and Van S. Nguyen will and hereby do move this Court on a date and at such time as may be designated by the Court, for an order: (i) consolidating the above-captioned related securities class actions pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Thornburg and Nguyen as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4; and (iii) approving Thornburg and Nguyen's selection of Robbins Geller Rudman & Dowd LLP as lead counsel and Joe Kendall of Kendall Law Group, PLLC as local counsel for the class pursuant to Civil Local Rule 83.10.[1]  In support of this Motion, Thornburg and Nguyen submit the accompanying Memorandum of Law, an Appendix of Exhibits and a [Proposed] Order.

DATED:  September 16, 2024

KENDALL LAW GROUP, PLLC
JOE KENDALL
Texas Bar No. 11260700


_s/ Joe Kendall_
JOE KENDALL

3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel

---

[1]     Civil Local Rule 7.1(a) requires motions to be accompanied by a Certificate of Conference indicating that the attorney for the moving party has conferred with the attorneys for each party affected by the requested relief to determine whether the motion is opposed.  Civil Local Rule 7.1(b)(3) mandates that, if a conference is not held, the certificate explain why it was not possible to confer.  Thornburg and Nguyen respectfully submit that it is not possible to confer here because Thornburg and Nguyen cannot ascertain the identity of the parties moving for appointment as lead plaintiff until after all such motions have been filed.  _See_ 15 U.S.C. §78u-4(a)(3) (allowing any class member to file a lead plaintiff motion within 60 days of publication of early notice).  Under these circumstances, Thornburg and Nguyen respectfully request that the conferral requirement of Local Rule 7.1(a) be waived for the limited purposes of this Motion.

- 1 -

4857-1378-9668.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

4857-1378-9668.v1