UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| YAZZAN QAWASMI, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:24-cv-00673-Y |
| Plaintiff, | § § | CLASS ACTION |
| vs. | § § | |
| AMERICAN AIRLINES GROUP INC., et al., | § § § | |
| Defendants. | § § § | |
| JOHN A. THORNBURG, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 4:24-cv-00823-O |
| Plaintiff, | § § | CLASS ACTION |
| vs. | § § | |
| AMERICAN AIRLINES GROUP INC., et al., | § § § | |
| Defendants. | § § § | |

**APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

4857-2316-1060.v1

Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published on *Globe Newswire*, a national business-oriented wire service, on July 18, 2024;

Exhibit B:    John A. Thornburg and Van S. Nguyen's Sworn Certifications;

Exhibit C:    Chart of John A. Thornburg and Van S. Nguyen's estimated losses, prepared by counsel; and

Exhibit D:    Joint Declaration in Support of Lead Plaintiff Motion.

DATED:  September 16, 2024

KENDALL LAW GROUP, PLLC
JOE KENDALL
Texas Bar No. 11260700


*s/ Joe Kendall*
JOE KENDALL

3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 1 -

4857-2316-1060.v1