# EXHIBIT A



NEWSROOM   SERVICES   CONTACT US   FRANÇAIS   SIGN IN   **REGISTER**



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of American Airlines Group Inc. Securities and Sets a Lead Plaintiff Deadline of September 16, 2024

July 18, 2024 17:50 ET| Source: **Levi & Korsinsky, LLP**    Follow

**Company Profile**

Levi & Korsinsky, LLP

Industry:
Specialized Consumer Services

Website:
https://zlk.com

**Press Release Actions**

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**

NEW YORK, July 18, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of American Airlines Group Inc. ("American" or the "Company") (NASDAQ: AAL)** between January 25, 2024 to May 28, 2024, both dates inclusive. **You are hereby notified** that the class action lawsuit *Yazzan Qawasmi v. American Airlines Group Inc., et al.* (Case No. 4:24-cv-00673-Y) has been commenced in the United States District Court for the Northern District of Texas. To get more information **go to:**

https://zlk.com/pslra-1/american-airlines-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

002

while simultaneously driving a significant demand increase for the Company's airline services. The complaint alleges that these statements misrepresented the true state of American, and that the Company was simultaneously concealing material adverse facts including, notably, that the Company's sales and distribution strategy was not driving the revenue projected.

Following the May 28, 2024 announcement of an abrupt reduction in the Company's short-term guidance and the termination of its Executive Vice President and Chief Commercial Officer, Vasu S. Raja, the price of American's common stock declined dramatically. From a closing market price of $13.44 per share on May 28, 2024, American's stock price fell to $11.62 per share on May 29, 2024, a decline of more than 13.5% in the span of a single day.

**If you suffered a loss in AAL securities, you have until September 16, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

003

# EXHIBIT B

Docusign Envelope ID: ECE4852A-F263-4DBC-92D2-8BD0780F5686

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

John A. Thornburg ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27 day of August, 2024.

Signed by:

John A. Thornburg
3FC77DCC59CE491...

John A. Thornburg

Docusign Envelope ID: ECE4852A-F263-4DBC-92D2-8BD0780F5686

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/20/2023 | 4,500 | $17.60 |
| 07/20/2023 | 1,000 | $17.83 |
| 07/20/2023 | 18,900 | $17.84 |
| 07/20/2023 | 100 | $17.83 |
| 07/20/2023 | 9,755 | $18.40 |
| 07/20/2023 | 1,100 | $18.39 |
| 07/20/2023 | 161 | $18.38 |
| 07/20/2023 | 101 | $18.37 |
| 07/20/2023 | 1,025 | $18.36 |
| 07/20/2023 | 4,978 | $18.35 |
| 07/20/2023 | 2,880 | $18.34 |
| 09/13/2023 | 106 | $13.54 |
| 09/13/2023 | 9,894 | $13.54 |
| 12/11/2023 | 45,000 | $13.70 |
| 12/18/2023 | 600 | $14.08 |
| 12/18/2023 | 58,400 | $14.08 |
| 02/01/2024 | 10,000 | $13.92 |
| 02/01/2024 | 10,000 | $13.97 |
| 04/29/2024 | 20,000 | $14.00 |
| 05/16/2024 | 1,496 | $14.75 |
| 05/16/2024 | 8,504 | $14.75 |
| 05/16/2024 | 10,000 | $14.75 |
| 05/16/2024 | 10,000 | $14.70 |
| 05/16/2024 | 10,000 | $14.91 |
| 05/21/2024 | 6,000 | $14.47 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/06/2023 | 10,000 | $13.40 |
| 12/08/2023 | 44,500 | $13.74 |
| 12/13/2023 | 45,000 | $14.10 |
| 01/25/2024 | 1,435 | $14.83 |
| 01/25/2024 | 400 | $14.83 |
| 01/25/2024 | 57,165 | $14.82 |
| 02/02/2024 | 20,000 | $14.48 |
| 05/13/2024 | 20,000 | $15.05 |

Prices listed are rounded to two decimal places.

Docusign Envelope ID: 664E47B0-A350-4446-97C1-5A515777D8F5

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Van S. Nguyen ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this __12__ day of September, 2024.



_____
Van S. Nguyen

AMERICAN AIRLINES
007

Docusign Envelope ID: 664E47B0-A350-4446-97C1-5A515777D8F5

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

**Van S. Nguyen - Acct 4**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/22/2024 | 6,000 | $14.47 |
| 04/25/2024 | 2,958 | $13.85 |
| 04/25/2024 | 5,280 | $14.20 |
| 05/13/2024 | 4,374 | $14.95 |
| 05/15/2024 | 4,709 | $15.15 |

**Van S. Nguyen - Acct 3**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/22/2024 | 5,649 | $14.45 |
| 04/22/2024 | 2,351 | $14.61 |
| 04/25/2024 | 2,638 | $13.87 |
| 04/25/2024 | 300 | $13.87 |
| 04/25/2024 | 3,740 | $14.25 |
| 05/13/2024 | 4,152 | $14.97 |
| 05/15/2024 | 5,887 | $15.10 |

**Van S. Nguyen - Acct 2**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/22/2024 | 6,790 | $14.44 |
| 04/25/2024 | 1,111 | $14.14 |
| 04/25/2024 | 1,459 | $14.14 |
| 04/25/2024 | 1,200 | $14.14 |
| 04/25/2024 | 2,963 | $13.90 |
| 04/25/2024 | 2,434 | $14.00 |
| 05/13/2024 | 4,765 | $14.98 |
| 05/15/2024 | 3,558 | $15.11 |
| 05/15/2024 | 4,270 | $15.15 |
| 05/15/2024 | 3,519 | $15.05 |

Docusign Envelope ID: 664E47B0-A350-4446-97C1-5A515777D8F5

**Van S. Nguyen - Acct 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/22/2024 | 1,000 | $14.48 |
| 04/22/2024 | 2,000 | $14.54 |
| 04/25/2024 | 4,000 | $13.85 |
| 04/25/2024 | 4,000 | $13.76 |
| 04/25/2024 | 3,000 | $14.16 |
| 04/29/2024 | 1,000 | $13.77 |
| 04/30/2024 | 1,000 | $13.75 |
| 05/15/2024 | 1,000 | $15.16 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/29/2024 | 1,000 | $13.82 |
| 04/30/2024 | 1,000 | $13.82 |

Prices listed are rounded to two decimal places.

009

# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **John A. Thornburg** | 07/20/2023 | 4,500 | $17.60 | $79,200.00 | 12/06/2023 | 10,000 | $13.40 | $134,000.00 | |
| | 07/20/2023 | 1,000 | $17.83 | $17,829.90 | 12/08/2023 | 44,500 | $13.74 | $611,430.00 | |
| | 07/20/2023 | 18,900 | $17.84 | $337,172.22 | 12/13/2023 | 45,000 | $14.10 | $634,590.00 | |
| | 07/20/2023 | 100 | $17.83 | $1,782.98 | 01/25/2024 | 1,435 | $14.83 | $21,273.88 | |
| | 07/20/2023 | 9,755 | $18.40 | $179,492.00 | 01/25/2024 | 400 | $14.83 | $5,932.00 | |
| | 07/20/2023 | 1,100 | $18.39 | $20,229.00 | 01/25/2024 | 57,165 | $14.82 | $847,185.30 | |
| | 07/20/2023 | 161 | $18.38 | $2,959.18 | 02/02/2024 | 20,000 | $14.48 | $289,600.00 | |
| | 07/20/2023 | 101 | $18.37 | $1,855.37 | 05/13/2024 | 20,000 | $15.05 | $301,000.00 | |
| | 07/20/2023 | 1,025 | $18.36 | $18,819.00 | held | 46,000 | $10.74 | $494,025.16 | |
| | 07/20/2023 | 4,978 | $18.35 | $91,346.30 | | | | | |
| | 07/20/2023 | 2,880 | $18.34 | $52,819.20 | | | | | |
| | 09/13/2023 | 106 | $13.54 | $1,434.71 | | | | | |
| | 09/13/2023 | 9,894 | $13.54 | $133,964.76 | | | | | |
| | 12/11/2023 | 45,000 | $13.70 | $616,500.00 | | | | | |
| | 12/18/2023 | 600 | $14.08 | $8,445.00 | | | | | |
| | 12/18/2023 | 58,400 | $14.08 | $822,272.00 | | | | | |
| | 02/01/2024 | 10,000 | $13.92 | $139,200.00 | | | | | |
| | 02/01/2024 | 10,000 | $13.97 | $139,700.00 | | | | | |
| | 04/29/2024 | 20,000 | $14.00 | $279,980.00 | | | | | |
| | 05/16/2024 | 1,496 | $14.75 | $22,058.52 | | | | | |
| | 05/16/2024 | 8,504 | $14.75 | $125,434.00 | | | | | |
| | 05/16/2024 | 10,000 | $14.75 | $147,500.00 | | | | | |
| | 05/16/2024 | 10,000 | $14.70 | $146,996.00 | | | | | |
| | 05/16/2024 | 10,000 | $14.91 | $149,100.00 | | | | | |
| | 05/21/2024 | 6,000 | $14.47 | $86,820.00 | | | | | |
| | | **244,500** | | **$3,622,910.14** | | **244,500** | | **$3,339,036.34** | **($283,873.80)** |
| **Van S. Nguyen - Acct 2** | 04/22/2024 | 6,790 | $14.44 | $98,042.85 | 07/08/2024 | 10,000 | $11.31 | $113,144.00 | |
| | 04/25/2024 | 1,111 | $14.14 | $15,705.76 | 07/08/2024 | 22,069 | $11.31 | $249,697.49 | |
| | 04/25/2024 | 1,459 | $14.14 | $20,626.17 | | | | | |
| | 04/25/2024 | 1,200 | $14.14 | $16,964.76 | | | | | |
| | 04/25/2024 | 2,963 | $13.90 | $41,183.92 | | | | | |
| | 04/25/2024 | 2,434 | $14.00 | $34,070.40 | | | | | |
| | 05/13/2024 | 4,765 | $14.98 | $71,366.83 | | | | | |
| | 05/15/2024 | 3,558 | $15.11 | $53,753.91 | | | | | |
| | 05/15/2024 | 4,270 | $15.15 | $64,678.97 | | | | | |
| | 05/15/2024 | 3,519 | $15.05 | $52,943.36 | | | | | |
| | | **32,069** | | **$469,336.94** | | **32,069** | | **$362,841.49** | **($106,495.44)** |
| **Van S. Nguyen - Acct 3** | 04/22/2024 | 5,649 | $14.45 | $81,625.23 | 07/08/2024 | 24,393 | $11.31 | $275,992.16 | |
| | 04/22/2024 | 2,351 | $14.61 | $34,346.23 | 07/08/2024 | 324 | $11.31 | $3,665.87 | |
| | 04/25/2024 | 2,638 | $13.87 | $36,586.16 | | | | | |
| | 04/25/2024 | 300 | $13.87 | $4,160.88 | | | | | |
| | 04/25/2024 | 3,740 | $14.25 | $53,295.00 | | | | | |
| | 05/13/2024 | 4,152 | $14.97 | $62,151.70 | | | | | |
| | 05/15/2024 | 5,887 | $15.10 | $88,890.17 | | | | | |

Movants' Purchases and Losses    Case 4:24-cv-00673-O    Document 13-1    Filed 09/16/24    Page 12 of 16    PageID 344    American Airlines Group

Class Period: 07/20/2023 - 05/28/2024

| | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | **24,717** | | **$361,055.36** | | **24,717** | | **$279,658.02** | **($81,397.34)** |
| **Van S. Nguyen - Acct 4** | 04/22/2024 | 6,000 | $14.47 | $86,818.20 | 07/08/2024 | 23,321 | $11.31 | $263,863.12 | |
| | 04/25/2024 | 2,958 | $13.85 | $40,968.30 | | | | | |
| | 04/25/2024 | 5,280 | $14.20 | $74,976.00 | | | | | |
| | 05/13/2024 | 4,374 | $14.95 | $65,369.43 | | | | | |
| | 05/15/2024 | 4,709 | $15.15 | $71,329.11 | | | | | |
| | | **23,321** | | **$339,461.04** | | **23,321** | | **$263,863.12** | **($75,597.91)** |
| **Van S. Nguyen - Acct 1** | 04/22/2024 | 1,000 | $14.48 | $14,478.90 | 04/29/2024 | 1,000 | $13.82 | $13,822.90 | |
| | 04/22/2024 | 2,000 | $14.54 | $29,070.00 | 04/30/2024 | 1,000 | $13.82 | $13,823.10 | |
| | 04/25/2024 | 4,000 | $13.85 | $55,380.00 | 06/14/2024 | 5,000 | $11.47 | $57,357.50 | |
| | 04/25/2024 | 4,000 | $13.76 | $55,038.80 | 07/08/2024 | 10,000 | $11.31 | $113,144.00 | |
| | 04/25/2024 | 3,000 | $14.16 | $42,465.00 | | | | | |
| | 04/29/2024 | 1,000 | $13.77 | $13,765.00 | | | | | |
| | 04/30/2024 | 1,000 | $13.75 | $13,748.90 | | | | | |
| | 05/15/2024 | 1,000 | $15.16 | $15,160.00 | | | | | |
| | | **17,000** | | **$239,106.60** | | **17,000** | | **$198,147.50** | **($40,959.10)** |
| **Movants' Total** | | **341,607** | | **$5,031,870.08** | | **341,607** | | **$4,443,546.48** | ***($588,323.60)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $10.74 as of August 26, 2024 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.

# EXHIBIT D

## JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

American Airlines Group Inc. investors Van S. Nguyen and John A. Thornburg declare as follows:

1.    We respectfully submit this Joint Declaration in support of our motion for appointment as lead plaintiff.  We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2.    I, Van S. Nguyen, suffered substantial losses as a result of my transactions in American Airlines common stock during the Class Period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Mississauga, Canada and before retiring I was an information technology manager, having worked in the field for approximately 40 years.  I earned a Computer Science degree from Concordia University in Montreal and I have approximately 20 years of investing experience.

3.    I, John A. Thornburg, suffered substantial losses as a result of my transactions in American Airlines common stock during the Class Period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in El Cajon, California and before retiring I was a project superintendent in the construction industry, having worked in the construction industry for approximately 30 years.  I  have approximately 30 years of investing experience.

4.    In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff.  Because of the complexity of the case, and the substantial losses suffered because of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class.  We agree that jointly

seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

5.    We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class.  In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

6.    If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller Rudman & Dowd LLP, in the prosecution of this action.

7.    Before filing this motion, we spoke together and with counsel regarding this case. We discussed the claims against defendants, serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

8.    We have each other's contact information and either of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel.  We are able and willing to attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12 day of September, 2024.

Signed by:

*Van S. Nguyen*
5FCBF303B84A408...

Van S. Nguyen

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __12__ day of September, 2024.

3FC77DCC59CE491...

John A. Thornburg