UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| YAZZAN QAWASMI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES GROUP INC., ROBERT D. ISOM, DEVON E. MAY, and VASU S. RAJA <br><br> Defendants. | Civil Action No. 4:24-cv-00673-Y |
| JOHN A. THORNBURG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN AIRLINES GROUP INC., ROBERT D. ISOM JR., DEVON E. MAY, DAVID G. SEYMOUR, GANESH JAYARAM, COLE BROWN and VASU S. RAJA, <br><br> Defendants. | Civil Action No. 4:24-cv-00823-O |

APPENDIX TO MOTION OF LUIS VICENTE DAVIDOFF CRACASSO FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD
COUNSEL

In accordance with Rules II.B and II.C of this Court's Chambers Rules, Lead Plaintiff Movant Luis Vicente Davidoff Cracasso submits as exhibits attached hereto true and correct copies of the following:

Exhibit 1:    Declaration of Jeremy A Lieberman in Support of Motion;

Exhibit 2:    *In re Am. Bus. Fin. Servs., Inc. Sec. Litig.*, 2004 WL 1221353 (E.D. Pa. Jun. 3, 2004);

Exhibit 3:    *In re Comverse Tech., Inc., Sec. Litig.*, 2007 WL 680779 (E.D.N.Y. Mar. 2, 2007);

Exhibit 4:    *In re GE Sec. Litig.*, No. 09 Civ. 1951 (DC), 2009 WL 2259502 (S.D.N.Y. July 29, 2009);

Exhibit 5:    *Janovici v. DVI, Inc.*, No. 03-4795, 2003 WL 22849604 (E.D. Pa. Nov. 25, 2003);

Exhibit 6:    *Lax v. First Merch. Acceptance Corp.*, 1997 WL 461036 (N.D. Ill. Aug. 6, 1997); and

Exhibit 7:    *Osher v. Guess?, Inc.*, 2001 WL 861694 (C.D. Cal. Apr. 26, 2001).

Dated:   September 16, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Luis Vicente Davidoff Cracasso and Proposed Lead Counsel for the Class*

THE BRISCOE LAW FIRM, PLLC
Willie C. Briscoe

1

State Bar Number 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 281-254-7789
wbriscoe@thebriscoelawfirm.co

*Counsel for Luis Vicente Davidoff Cracasso and
Proposed Liaison Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on September 16, 2024, I have filed the above and foregoing on the

Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record

will be served electronically with true and exact copies of this filing:

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman