IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

YAZZAN QAWASMI                          §
                                        §
                                        §
VS.                                     §     ACTION NO. 4:24-CV-673-Y
                                        §
AMERICAN AIRLINES GROUP, INC.,          §
ET AL.                                  §

<u>ORDER OF TRANSFER</u>

On September 16, 2024, several motions were filed seeking to consolidate this case with case number 4:24-CV-823-O, styled *John A. Thornburg v. American Airlines Group, Inc., et al.*, which is pending before Judge Reed O'Connor. After review of the dockets of both cases, the Court agrees that this matter should be, and hereby is, TRANSFERRED to the docket of Judge Reed O'Connor for possible consolidation with the case pending before him. All future filings in this cause shall bear at the end of the case number the suffix letter "O" instead of "Y."

SIGNED September 17, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

<u>ORDER OF TRANSFER</u> -- Page Solo
TRM/chr