UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| ———————————————— x | | |
| IN RE AMERICAN AIRLINES GROUP INC. | : | Master File No. 4:24-cv-00673-O |
| SEC. LITIGATION | : | |
| | : | CLASS ACTION |
| This Document Relates To: | : | |
| | : | |
| ALL ACTIONS. | : | |
| | : | |
| ———————————————— | : | |
| x | | |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff John A. Thornburg hereby voluntarily dismisses his claims without prejudice to his ability to participate in this action as an absent class member.  Mr. Thornburg's counsel is also concurrently filing a withdrawal of appearance in this consolidated action.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  December 18, 2024

Respectfully submitted,

KENDALL LAW GROUP, PLLC
JOE KENDALL
Texas Bar No. 11260700

*s/ Joe Kendall*
JOE KENDALL

3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JENNIFER N. CARINGAL
JUAN CARLOS SANCHEZ
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jcaringal@rgrdlaw.com
jsanchez@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

Counsel for John A. Thornburg and Van S.
Nguyen