## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC. SECURITIES LITIGATION | Master File No. 4:24-cv-00673-O |

## **ORDER**

Plaintiffs John A. Thornburg and Van S. Nguyen should no longer receive notices in this matter, having withdrawn their names and counsel. *See* ECF Nos. 43–45.

**SO ORDERED** on this **10th** day of **January, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**