**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC. SECURITIES LITIGATION | Master File No. 4:24-cv-00673-O |

**JOINT MOTION FOR LEAVE TO AMEND PAGE LIMIT
AND JOINT MOTION TO EXTEND BRIEFING DEADLINES**

Defendants American Airlines Group Inc., Robert D. Isom, Devon E. May, and Vasu S. Raja, (collectively, "Defendants") and Plaintiffs Dominik Dumancic, Luis Vicente Davidoff Cracasso, and Richard Wilkinson (collectively, "Plaintiffs") (together with Defendants, "the parties"), hereby request: (i) leave for Defendants to exceed the Court's 25-page limit by 5 pages to file a 30-page brief in support of their forthcoming joint motion to dismiss due on March 21, 2025, pursuant to the Court's Order dated January 24, 2025 (ECF No. 50 at 1) (the "Order"); and (ii) leave for Plaintiffs to exceed the Court's 25-page limit by 5 pages to file a 30-page brief in opposition to Defendants' forthcoming joint motion to dismiss.

The parties further hereby request: (i) a 14-day extension of Plaintiffs' motion to dismiss response deadline under Local Rule 7.1(e) set forth in the Order from April 11, 2025 to April 25, 2025; and (ii) a 14-day extension of Defendants' corresponding deadline to file a motion to dismiss reply under Local Rule 7.2(f) from May 9, 2025 to May 23, 2025.

In support, the parties state:

Plaintiffs assert claims against four Defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78a *et seq.*, based on a series of alleged misrepresentations occurring over the course of nearly a year as detailed in an amended complaint totaling 143 pages. *See* ECF No. 49. Plaintiffs' claims raise several complex and context-specific legal issues, including whether Defendants' alleged statements were rendered materially

misleading by omitting other facts and whether Defendants acted with an intent to defraud in making those alleged statements. The complexity of the issues and significant volume of the allegations together constitute an extraordinary and compelling reason justifying permission to file in excess of this Court's regular page limitations under Local Rule 7.2(c). To avoid duplication of issues and for purposes of judicial economy, all four Defendants will file a single, consolidated brief.

Courts in the United States District Court for the Northern District of Texas have routinely granted permission in similar securities class action cases to file briefs on motions to dismiss in excess of the L.R. 7.2(c) limits. *See, e.g.*, *In re AT&T Inc. Sec. Litig.*, No. 3:24-cv-01196, slip op. (N.D. Tex. Sept. 10, 2024) (granting permission to file 32-page brief in support); *Vega v. Energy Transfer LP*, No. 3:22-cv-02735, slip op. (N.D. Tex. Jan. 3, 2023) (granting permission to file 45-page briefs in support and in response).

Good cause also supports a short extension of Plaintiffs' deadline to file a response brief and Defendants' deadline to file a reply brief. Pursuant to the Order, Plaintiffs have only three weeks to respond to Defendants' motion to dismiss. To the extent the Court allows Defendants an additional five pages, their motion to dismiss would expand by 20%, necessitating additional time for Plaintiffs to respond to their arguments. Likewise for Defendants' reply brief, should the Court permit Plaintiffs to file an additional five pages for their opposition. Further, in addition to the coordination required among multiple Defendants and Plaintiffs in this consolidated case, the complexity of issues and volume of allegations warrant additional time.[1] Indeed, because motions

---

[1] Moreover, Defendants currently intend to request judicial notice of an appendix of exhibits in connection with their motion to dismiss. Plaintiffs assert that this further necessitates an extension of time to file their response brief, as Plaintiffs will need to evaluate each appended exhibit and potentially respond to Defendants' request for judicial notice.

to dismiss under the Private Securities Litigation Reform Act, like this one, often present complex issues and voluminous allegations, Courts in this district often find good cause to grant motions seeking enlargement of time. *See, e.g.*, *In re GWG Holdings, Inc. Sec. Litig.*, No. 3:22-cv-00410-B, Dkt. Nos. 134, 135 (N.D. Tex. Nov. 21-22, 2024) (setting briefing schedule of 60 and 30 days, respectively, for the response and reply briefs); *Vega v. Energy Transfer LP*, No. 3:22-cv-02735-K, Dkt No. 89 (N.D. Tex. Dec. 21, 2022); *id.* at slip op. (Jan. 3, 2023) (setting briefing schedule in excess of N.D. Tex. L.R. 7.1(e)-(f) time limitations); *Town N. Bank, N.A. v. Shay Fin. Servs., Inc.*, No. 3:11-cv-03125-L, Dkt. No. 67 (N.D. Tex. June 1, 2012); *id.* at slip op. (June 4, 2012) (granting extensions for the response and reply briefs in a securities action).[2]

WHEREFORE, the parties respectfully request this Honorable Court grant the joint motion to file excess pages, increasing the page limit for Defendants' brief in support of their motion to dismiss and Plaintiffs' brief in opposition to that motion to 30 pages; and,

The parties further respectfully request that this Honorable Court grant the joint motion to amend the Court's Order and extend the deadline for Plaintiffs' response in opposition to Defendants' motion to dismiss to April 25, 2025, and the deadline for Defendants' reply to May 23, 2025.

---

[2] *Buettgen v. Harless et al.*, No. 3:09-cv-00791-K, slip. op. (N.D. Tex. Mar. 1, 2010) (same); *In re UICI Sec. Litig.*, No. 3:04-cv-01149-P, slip. op. (N.D. Tex. Aug. 24, 2005) (same); *Moore v. Halliburton Co.*, No. 3:02-cv-01152-M, slip op. (N.D. Tex. Apr. 9, 2004) (same).

Dated: March 12, 2025

Respectfully submitted,

/s/ *Susan Engel*

**KELLY HART & HALLMAN LLP**
Dee J. Kelly, Jr.
State Bar No. 11217250
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
Email: dee.kelly@kellyhart.com

**LATHAM & WATKINS LLP**
Andrew B. Clubok (admitted *pro hac vice*)
Susan Engel (admitted *pro hac vice*)
Stephen P. Barry (admitted *pro hac vice*)
555 11th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: andrew.clubok@lw.com
Email: susan.engel@lw.com
Email: stephen.barry@lw.com

**ATTORNEYS FOR DEFENDANTS**

/s/ *Stuart L. Cochran (with permission)*

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
Stuart L. Cochran
Texas Bar No.: 24027936
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214-265-3800
Facsimile: 214-691-6311
Email: scochran@condontobin.com

*Co-Liaison Counsel for Co-Lead Plaintiff Dominik Dumancic, Additional Plaintiff Richard Wilkinson, and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
Morgan M. Embleton (admitted *pro hac vice*)
(State of Louisiana Juris No. 35769)
P. Cole von Richthofen (admitted *pro hac vice*)
(State of Connecticut Juris No. 444159)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (212) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com
Email: cvrichthofen@zlk.com

Adam M. Apton (admitted pro hac vice)
(State of New York Juris No. 4759841)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Co-Lead Plaintiff Dominik Dumancic and Additional Plaintiff Richard*

4

*Wilkinson and Co-Lead Counsel for the Class*
**POMERANTZ LLP**
Jeremy A. Lieberman
(State of New York Juris No. 4161352)
Murielle J. Steven Walsh (admitted *pro hac vice*)
(State of New York Juris No. 2837631)
Emily C. Finestone (admitted *pro hac vice*)
(State of New York Juris No. 5394820)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mjsteven@pomlaw.com
efinestone@pomlaw.com

*Counsel for Co-Lead Plaintiff Luis Vicente*
*Davidoff Cracasso and Co-Lead Counsel*
*for the Class*

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
State Bar Number 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 281-254-7789
wbriscoe@thebriscoelawfirm.com

*Co-Liaison Counsel for Co-Lead Plaintiff Luis*
*Vicente Davidoff Cracasso and the Class*

5

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), on March 11, 2025, I conferred with Gregory Potrepka, attorney for Plaintiffs, and he agreed to the terms of this joint motion.

/s/ *Susan Engel*
Susan Engel

## CERTIFICATE OF SERVICE

I certify that on March 12, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system.

/s/ *Susan Engel*
Susan Engel

6