**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC. SECURITIES LITIGATION | Master File No. 4:24-cv-00673-O |

## [PROPOSED] AGREED ORDER

Before the Court is the parties' joint motion to file excess pages and for an extension of the motion to dismiss deadlines.  After considering the joint motion, and noting that it is unopposed, the Court finds that, for good cause shown, it should be and is hereby **GRANTED**.  The Court hereby **ORDERS** that:

1. Defendants are granted leave to exceed the Court's 25-page limit by 5 pages to file a 30-page brief in support of their forthcoming joint motion to dismiss.

2. Plaintiffs are granted leave to exceed the Court's 25-page limit by 5 pages to file a 30-page brief in opposition to Defendants' forthcoming joint motion to dismiss.

3. The Order (ECF No. 50) entered January 24, 2025 is modified as follows:

   - Plaintiffs' Response shall be due by **April 25, 2025**.

   - Defendants' Reply shall be due by **May 23, 2025**.

**SO ORDERED** on this _____ day of _____, 2025.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

/s/ *Susan Engel*

**KELLY HART & HALLMAN LLP**
Dee J. Kelly, Jr.
State Bar No. 11217250
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
Email: dee.kelly@kellyhart.com

**LATHAM & WATKINS LLP**
Andrew B. Clubok (admitted *pro hac vice*)
Susan Engel (admitted *pro hac vice*)
Stephen P. Barry (admitted *pro hac vice*)
555 11th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: andrew.clubok@lw.com
Email: susan.engel@lw.com
Email: stephen.barry@lw.com

**ATTORNEYS FOR DEFENDANTS**

/s/ *Stuart L. Cochran (with permission)*

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
Stuart L. Cochran
Texas Bar No.: 24027936
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214-265-3800
Facsimile: 214-691-6311
Email: scochran@condontobin.com

*Co-Liaison Counsel for Co-Lead Plaintiff Dominik Dumancic, Additional Plaintiff Richard Wilkinson, and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
Morgan M. Embleton (admitted *pro hac vice*)
(State of Louisiana Juris No. 35769)
P. Cole von Richthofen (admitted *pro hac vice*)
(State of Connecticut Juris No. 444159)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (212) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com
Email: cvrichthofen@zlk.com

Adam M. Apton (admitted pro hac vice)
(State of New York Juris No. 4759841)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Co-Lead Plaintiff Dominik Dumancic and Additional Plaintiff Richard Wilkinson and Co-Lead Counsel for the Class*

2

**POMERANTZ LLP**
Jeremy A. Lieberman
(State of New York Juris No. 4161352)
Murielle J. Steven Walsh (admitted *pro hac vice*)
(State of New York Juris No. 2837631)
Emily C. Finestone (admitted *pro hac vice*)
(State of New York Juris No. 5394820)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mjsteven@pomlaw.com
efinestone@pomlaw.com

*Counsel for Co-Lead Plaintiff Luis Vicente*
*Davidoff Cracasso and Co-Lead Counsel*
*for the Class*

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
State Bar Number 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 281-254-7789
wbriscoe@thebriscoelawfirm.com

*Co-Liaison Counsel for Co-Lead Plaintiff Luis*
*Vicente Davidoff Cracasso and the Class*

3