**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE AMERICAN AIRLINES GROUP INC. SECURITIES LITIGATION** | **Master File No. 4:24-cv-00673-O** |

## <u>ORDER</u>

Before the Court is the parties' Joint Motion for Leave to Amend Page Limit and Joint Motion to Extend Briefing Deadlines. ECF No. 51. After considering the Joint Motion, and noting that it is unopposed, the Court finds that, for good cause shown, it should be and is hereby **GRANTED**. The Court hereby **ORDERS** that:

1. Defendants are granted leave to exceed the Court's 25-page limit by 5 pages to file a 30-page brief in support of their forthcoming joint motion to dismiss.

2. Plaintiffs are granted leave to exceed the Court's 25-page limit by 5 pages to file a 30-page brief in opposition to Defendants' forthcoming joint motion to dismiss.

3. The Order (ECF No. 50) entered January 24, 2025, is modified as follows:

   - Plaintiffs' Response shall be due by **April 25, 2025**.

   - Defendants' Reply shall be due by **May 23, 2025**.

**SO ORDERED** on this **13th day of March, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**