## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC. SECURITIES LITIGATION | Master File No.: 4:24-cv-00673-O (Consolidated with 4:24-cv-00823-O) |

## INDEX OF APPENDIX IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 7.1(i) of the Local Rules for the Northern District of Texas, co-lead plaintiffs Dominik Dumancic and Luis Vicente Davidoff Cracasso and additional plaintiff Richard Wilkinson ("Plaintiffs") submit this appendix in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.[1]

The Appendix is comprised of the following exhibits:

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| A | Declaration of Murielle J. Steven Walsh | 1-2 |
| B | American Airlines Group Inc., SEC Form 8-K (June 3, 2021) | 3-6 |
| C | American Airlines Group Inc., SEC Form 8-K (June 3, 2022) | 7-13 |
| D | American Airlines Group Inc., SEC Form 8-K (May 31, 2023) | 14-19 |

Dated: April 25, 2025

**THE BRISCOE LAW FIRM, PLLC**

 /s/ Willie C. Briscoe
Willie C. Briscoe
State Bar Number 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 281-254-7789
wbriscoe@thebriscoelawfirm.com

---

[1] Plaintiffs have asked the Court to take judicial notice of the documents contained within the Appendix.

{00659444;3 }

*Co-Liaison Counsel for Co-Lead Plaintiff Luis Vicente Davidoff Cracasso and the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(State of New York Juris No. 4161352)
Murielle J. Steven Walsh (*pro hac vice*)
(State of New York Juris No. 2837631)
Emily C. Finestone (*pro hac vice)*
(State of New York Juris No. 5394820)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mjsteven@pomlaw.com
efinestone@pomlaw.com

*Counsel for Co-Lead Plaintiff Luis Vicente Davidoff Cracasso and Co-Lead Counsel for the Class*

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
Stuart L. Cochran
Texas Bar No.: 24027936
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: 214-265-3800
Facsimile: 214-691-6311
Email: scochran@condontobin.com

*Co-Liaison Counsel for Co-Lead Plaintiff Dominik Dumancic, Additional Plaintiff Richard Wilkinson, and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
(State of Connecticut Juris No. 435545)
Gregory M. Potrepka (admitted *pro hac vice*)
(State of Connecticut Juris No. 437326)
Morgan M. Embleton (admitted *pro hac vice*)
(State of Louisiana Juris No. 35769)

P. Cole von Richthofen (*pro hac vice* forthcoming)
(State of Connecticut Juris No. 444159)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (212) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: membleton@zlk.com
Email: cvrichthofen@zlk.com

*Counsel for Co-Lead Plaintiff Dominik
Dumancic and Additional Plaintiff Richard
Wilkinson and Co-Lead Counsel for
the Class*

{00659444;3 }                           3

## CERTIFICATE OF SERVICE

I, Willie C. Briscoe, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 25th day of April 2025.

/s/ Willie C. Briscoe
Willie C. Briscoe