# Exhibit A

Plaintiffs' App. 01

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC. SECURITIES LITIGATION | Master File No.: 4:24-cv-00673-O (Consolidated with 4:24-cv-00823-O) |

**DECLARATION OF MURIELLE J. STEVEN WALSH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Murielle J. Steven Walsh, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am a partner at Pomerantz LLP, Co-Lead Counsel for Plaintiffs. I am admitted to the bar of the State of New York and admitted to practice before this Court *pro hac vice*. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2.    The appendix contains a true and correct copy of each document listed in the index.[1]

*/s/ Murielle J. Steven Walsh (with permission)*
Murielle J. Steven Walsh (*pro hac vice*)

Dated: April 25, 2025

---

[1]    Plaintiffs have asked the Court to take judicial notice of the documents contained within the Appendix.