**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE AMERICAN AIRLINES GROUP INC. SECURITIES LITIGATION | Master File No. 4:24-cv-00673-O |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT
FOR REPLY IN SUPPORT OF MOTION TO DISMISS**

On March 21, 2025, Defendants American Airlines Group Inc., Robert D. Isom, Devon E. May, and Vasu S. Raja filed their Motion to Dismiss and Brief in Support ("Motion"). ECF No. 55. On April 25, 2025, Plaintiffs Dominik Dumancic, Luis Vicente Davidoff Cracasso, and Richard Wilkinson filed an Opposition to Defendants' Motion to Dismiss ("Response"). ECF No. 58. Pursuant to the Court's Order, Defendants' deadline to file a reply to Plaintiffs' Response is May 23, 2025. ECF No. 52 at 1.

By this motion, Defendants seek leave to exceed the Court's 10-page limit by 5 pages to file a 15-page reply. *See* N.D. Tex. Loc. R. 7.2(c). Due to the complexity of the issues and significant volume of the allegations asserted through Plaintiffs' claims for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78a *et seq.*, Defendants have an extraordinary and compelling reason justifying permission to file a reply in excess of this Court's regular 10-page limit. *See id.* Courts in this District have routinely granted permission in similar securities class action cases to file briefs on motions to dismiss in excess of the L.R. 7.2(c) limits. *See, e.g.*, *In re AT&T Inc. Sec. Litig.*, No. 3:24-cv-01196, slip op. (N.D. Tex. Sept. 10, 2024) (granting permission to file 32-page brief in support); *Vega v. Energy Transfer LP*, No. 3:22-cv-02735, slip op. (N.D. Tex. Jan. 3, 2023) (granting permission to file 45-page briefs in support and in response). Further, both Defendants' Motion and Plaintiffs' Response exceeded their respective

25-page limits by 5 pages after the Court granted leave to the parties. *See* ECF No. 52 at 1; ECF No. 55; ECF No. 58. Finally, Plaintiffs are unopposed to Defendants' request.

For these reasons, Defendants respectfully ask the Court for leave to exceed the Court's 10-page limit by 5 pages to file a 15-page reply to Plaintiffs' Response (ECF No. 58).

Dated: May 9, 2025

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
**KELLY HART & HALLMAN LLP**
Dee J. Kelly, Jr.
State Bar No. 11217250
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
Email: dee.kelly@kellyhart.com

**LATHAM & WATKINS LLP**
Andrew B. Clubok (admitted *pro hac vice*)
Susan Engel (admitted *pro hac vice*)
Stephen P. Barry (admitted *pro hac vice*)
555 11th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: andrew.clubok@lw.com
Email: susan.engel@lw.com
Email: stephen.barry@lw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), on May 7, 2025, I conferred with Cole von Richthofen, attorney for Plaintiffs, and he stated that Plaintiffs are unopposed to Defendants' motion.

/s/ *Stephen P. Barry*
Stephen P. Barry

## CERTIFICATE OF SERVICE

I certify that on May 9, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system.

/s/ *Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.