**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE AMERICAN AIRLINES GROUP INC. SECURITIES LITIGATION** | **Master File No. 4:24-cv-00673-O** |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limit for Reply

in Support of Motion to Dismiss. ECF No. 59. The Motion is hereby **GRANTED**.

**SO ORDERED** on this **12th day of May, 2025**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**