IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| YAZZAN QAWASMI, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:24-CV-00673-O |
| § | |
| AMERICAN AIRLINES GROUP INC, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's Section 10(b) and Rule 10b-5 claims are **DISMISSED with prejudice**.

2. Plaintiff's Section 20(a) claims are **DISMISSED with prejudice**.

3. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **18th day** of **November, 2025.**

*Reed O'Connor*
**CHIEF UNITED STATES DISTRICT JUDGE**